UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
DILENIA PAGUADA,                                         :
                                                         :
                               Plaintiff,                :
                                                         :           22-CV-1517 (VSB)
               -against-                                 :
                                                         :                **ORDER**
                                                         :
CAER, INC.,                                              :
                                                         :
                               Defendant.                :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On June 21, 2022, I entered an Order and Notice of Initial Conference directing the parties to file a joint letter and proposed case management plan by July 6, 2022.  (Doc. 15.)  That deadline has passed, and the parties have failed to make the required filings.  Accordingly, it is hereby

ORDERED that the parties must file the documents required by my Order and Notice of Initial Conference by no later than July 13, 2022.  Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 8, 2022
         New York, New York

                                                  _____
                                                  Vernon S. Broderick
                                                  United States District Judge